IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY McCOY**                                                                                                               **PLAINTIFF**

v.                                                 No: 4:20-cv-00747-LPR

**ELKINS**                                                                                                                              **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Terry McCoy's Complaint and Amended Complaint are dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 29th day of June 2021.

                                                                   _____
                                                                   LEE P. RUDOFSKY
                                                                   UNITED STATES DISTRICT JUDGE